IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER SPINDLER,

      Appellant,

v.
                                             Case No.  5D22-969
                                             LT Case No. 2015-CF-1059

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 7, 2022

3.800 Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Christopher Spindler, Weaverville, N.C.,
pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., HARRIS and NARDELLA, JJ., concur.